UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID HARRIS,**

    **Plaintiff,**

**v.**                                           **Case No:  6:17-cv-622-Orl-41TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

                                                      /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1), which seeks judicial review of a final decision by the Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff's claims for disability insurance benefits under 42 U.S.C. § 405(g). United States Magistrate Judge Thomas B. Smith filed a Report and Recommendation (Doc. 16), in which he recommends that the Commissioner's final decision be reversed and that this case be remanded.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision in this case is **REVERSED** and **REMANDED** for proceedings consistent with the findings in the Report and Recommendation.

3. The Clerk is directed to enter judgment accordingly and then close this case.

4. Plaintiff is advised that the deadline to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) is thirty days after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded.

5. Plaintiff is directed that upon receipt of such notice, he shall promptly email Mr. Rudy and the OGC attorney who prepared the Commissioner's brief to advise that the notice has been received.

**DONE** and **ORDERED** in Orlando, Florida on June 27, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record